IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 22458

In the Matter of PETER EDWARD GOSS,
*Respondent.*

ORDER OF DISBARMENT

The court admitted respondent Peter Edward Goss to the practice of law in Kansas on April 28, 2006.

In June 2026, Goss pleaded guilty in a Missouri court to driving while intoxicated and causing the death of another person who was not a passenger in his car. His sentencing hearing for the felony conviction is scheduled for August 24, 2026.

On June 11, 2026, Goss submitted a request to voluntarily surrender his Kansas law license. The Office of the Disciplinary Administrator and Goss filed a joint motion on July 9, 2026, asking the court to accept Goss' voluntary surrender of his Kansas law license under Supreme Court Rule 230(b) (2026 Kan. S. Ct. R. at 289).

The court grants that motion, accepts Goss' voluntary surrender of his Kansas law license, disbars Goss under Rule 230(b), and revokes Goss' license and privilege to practice law in Kansas. The court directs the Office of Judicial Administration to strike the name of Peter Edward Goss from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that any proceeding pending before the Kansas Board for Discipline of Attorneys against Goss terminates on the date of this order under Rule 230(b)(1)(C). The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

The court assesses the costs of this proceeding to Goss under Supreme Court Rule 229 (2026 Kan. S. Ct. R. at 288). The court directs Goss to comply with Supreme Court Rule 231 (2026 Kan. S. Ct. R. at 291).

Finally, the court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 17th day of July 2026.